# ALABAMA COURT OF CRIMINAL APPEALS



October 17, 2025

**CR-2024-0267**
Leonard Coleman v. State of Alabama (Appeal from Mobile Circuit Court: CC-11-889.61)

# NOTICE

You are hereby notified that on October 17, 2025, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk